People v Elvin (2025 NY Slip Op 06031)

People v Elvin

2025 NY Slip Op 06031

Decided on October 30, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 30, 2025

Before: Webber, J.P., Kennedy, Pitt-Burke, O'Neill Levy, JJ. 

Ind No. 71128/23|Appeal No. 5092|Case No. 2024-00817|

[*1]The People of the State of New York, Respondent,
v
Kenyatta Elvin, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Leanna J. Duncan of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Nicole Neckles of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Guy H. Mitchell, J.), rendered January 22, 2024, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to five years of probation, unanimously modified, on the law, to the extent of striking the condition of probation requiring that defendant consent to a search by a probation officer of his person, vehicle, or place of abode for illegal drugs, drug paraphernalia, firearms, or other weapons or contraband, and otherwise affirmed.
We find defendant's appeal waiver invalid, as the court did not explain the nature of the appellate rights defendant was waiving (see People v Ramos, 122 AD3d 462, 464 [1st Dept 2014]). The written waiver was not a complete substitute for an on-the-record explanation of these rights (id.; see also People v Eason, 228 AD3d 443, 443-444 [1st Dept 2024], lv denied 42 NY3d 926 [2024]). In any event, we perceive no basis for reducing the sentence.
However, we find that the special probation condition permitting warrantless searches of defendant's home, person, and vehicle was not reasonably related to defendant's rehabilitation (see People v Amparo, 234 AD3d 605, 606 [1st Dept 2025]; People v Hall, 228 AD3d 466, 466-467 [1st Dept 2024]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 30, 2025